[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 2, 2005
THOMAS K. KAHN
CLERK

_____

No. 05-11573
Non-Argument Calendar

_____

D. C. Docket No. 04-00020-CR-OC-10-GRJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARMELO MIGUEL GARCIA,
a.k.a. Mikey,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 2, 2005)

Before DUBINA, HULL and FAY, Circuit Judges.

PER CURIAM:

Mark A. Goettel Jr., appointed counsel for Carmelo Miguel Garcia in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Garcia's conviction and sentence are **AFFIRMED**.